McKNIGHT v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by James McKnight against the city of New York. No opinion. Motion granted.

McMULLEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by William McMullen against the city of New York. No opinion. Motion for reargument granted.

McNALLY, Appellant, v. MANSFIELD, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Owen McNally against James E. Mansfield, as mayor of City of Oswego, and others.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

MADDEN LUMBER CO. v. SLOVER et al. (Supreme Court, Appellate Division, Third Department, May 23, 1905.) Action by the Madden Lumber Company against Bertie B. Slover and another.

PER CURIAM. Motion to dismiss appeal granted, with $10 costs, unless the appellant, within 20 days from this date, serves upon the respondent a case and exceptions and pays $10 costs, in which case motion denied, without costs.

MALKAN v. CARLIN et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Henry Malkan against Patrick J. Carlin and others. No opinion. Motion denied, with $10 costs.

MALLORY, Respondent, v. MALLORY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Harriet A. Mallory, as etc., against Philander J. Mallory.

PER CURIAM. Motion to dismiss appeal granted, unless the appellant shall, on or before September 1, 1905. procure the case to be settled, signed, and filed, and file and serve the printed papers on appeal, as provided by rule 41, in which event said motion is denied.

MANHATTAN REALTY CORP., Respondent, v. TRIMBLE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by the Manhattan Realty Corporation against Mary B. Trimble, impleaded with Kate T. Woolsey.

PER CURIAM. Order reversed on argument, with $10 costs and disbursements, and motion granted, with costs, on the ground that the record discloses no cause of action in favor of the plaintiff against the appellant.

94 N.Y.S.—73

MANHEIM et al., Appellants, v. BROWN et al. Respondents. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Appeal from Special Term, New York County. Action by Jacob Manheim and others against Rosa Brown and others. From an order requiring plaintiffs to furnish a bill of particulars, they appeal. Modified, and, as modified, affirmed. Harry A. Gordon, for appellant. Abraham B. Schleimer, for respondent.

PER CURIAM. We think this order requiring the plaintiff to furnish a bill of particulars should be modified by striking out the following provision thereof: "(3) Setting forth fully the facts and circumstances of the transaction for which the alleged bond was given." As thus modified, the order should be affirmed, without costs.

MAYER, Respondent, v. HEINEMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Edward Mayer against Isaac Heineman. J. S. Epstein, for appellant. H. M. Hitchings, for respondent. No opinion. Judgment and order affirmed, with costs.

MAYER, Respondent, v. MAYER, Appellant. (Supreme Court, Appellate Term. June 20, 1905.) Appeal from City Court of New York, Special Term. Action by Eugene S. Mayer against Edgar J. Mayer. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Harry R. Kohn and Walter J. Rosenstein, for appellant. Nathaniel Levy, for respondent.

PER CURIAM. There was a disputed question of fact, which was determined by the jury in favor of the plaintiff. We cannot say that the verdict was against the weight of evidence. The exceptions taken on the trial were without merit. The judgment and order appealed from are affirmed, with costs.